United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 13-19697-jkf
Nashia S. Roper                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John                Page 1 of 3                  Date Rcvd: May 16, 2019
                              Form ID: 138NEW           Total Noticed: 59
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
```
db              Nashia S. Roper,    6513 Buist Avenue,    Philadelphia, PA 19142-2803
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                 Southfield, MI 48037-0513
cr             +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
                 Harrisburg, PA 17102-2305
13184244        Allied Interstate,    PO Box 361623,    Columbus, OH 43236-1623
13184258       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA Card Services,     PO Box 15102,    Wilmington, DE 19886)
13184245        Bureau of Collection Recovery, Inc.,    PO Box 9001,    Minnetonka, MN 55345-9001
13184246       +Bureau of Collection Recovery, Inc.,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13184249        Children's Hospital of Philadelphia,    P.O. Box 7780-1192,    Philadelphia, PA 19182-0001
13184250        Citizens Bank,    PO Box 7092,    Bridgeport, CT 06601-7092
13184256       +City of Philadelphia,    Traffic Court,    PO Box 56301,    Philadelphia, PA 19130-6301
13184255       +City of Philadelphia,    800 Spring Garden Street,    Philadelphia, PA 19123-2616
13184679       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
13184261        Imagine,   Payment Processing,    PO Box 136,    Newark, NJ 07101-0136
13184263       +Jeffrey Grossman, Esquire,    Grossman Law Firm,    1333 Race Street,
                 Philadelphia, PA 19107-1556
13184264       +KML Law Group, PC,    Suite 5000-Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13268608       +Michael D. Sayles, Esq,    427 W Cheltenham Avenue #2,    Elkins Park, PA 19027-3291
13184267        Mirand,   PO Box 219050,    Houston, TX 77218-9050
13184268        National Action Financial Services, Inc.,    PO Box 9027,    Buffalo, NY 14231-9027
13184269        PECO-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
13184273       +PGW,    800 West Montgomery Avenue, 3rd floor,    Attn: Liens & Judgment Section,
                 Philadelphia, PA 19122-2806
13184272       +PGW,    800 West Montgomery Drive,    attn: Bankruptcy Department,    Philadelphia, PA 19122-2806
13184271        Pentagroup Financial, LLC,    PO Box 742209,    Houston, TX 77274-2209
13184274       +Phila Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13184279        US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
13226818        US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13543991       +WACHOVIA BANK NA AS TRUSTEE FOR PA HOUSING FINANCE,     PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
13184282       +Wachovia Bank,    PO Box 15057,    Harrisburg, PA 17105-5057
13184283       +Wachovia Bank NA,    211 North Front Street,    Harrisburg, PA 17101-1406
13342988       +Wachovia Bank NA as Trustee for PA Housing Finance,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13279955       +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com May 17 2019 02:38:06      Independence Receivables,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13228918        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 02:38:09
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13184248        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 17 2019 02:38:43      Capital One,
                 PO Box 85015,    Richmond, VA 23285-5018
13184254        E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:33     City of Philadelphia,
                 Law Department,    One Parkway Building,    1515 Arch Street, 15th Floor,
                 Philadelphia, PA  19102-1595
13268800        E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:33     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13184253        E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:33     City of Philadelphia,
                 Law Department-Bankruptcy Unit,    1515 Arch Street, 15th  Floor,    Philadelphia, PA 19102-1595
13184247       +E-mail/Text: bncmail@w-legal.com May 17 2019 02:37:23     Candica, LLC,
                 c/o Weinstein and Riley PS,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13184251        E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:33
                 City & School District of Philadelphia,    Law Department-Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
13184252        E-mail/Text: bankruptcy@philapark.org May 17 2019 02:37:48     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
```

```
District/off: 0313-2              User: John                  Page 2 of 3                   Date Rcvd: May 16, 2019
                                  Form ID: 138NEW             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13184257       +E-mail/Text: bankruptcy@philapark.org May 17 2019 02:37:48      City of Philadelphia,
                 Director of Finance for Adjudication,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13184259        E-mail/Text: bankruptcy@frost-arnett.com May 17 2019 02:36:38      Frost-Arnett Company,
                 PO Box 198988,    Nashville, TN 37219-8988
13184260       +E-mail/PDF: rmscedi@recoverycorp.com May 17 2019 02:38:06      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13212688        E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2019 02:37:25      Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
13184262        E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2019 02:37:25      Jefferson Capital Systems, Inc.,
                 PO Box 23051,    Columbus, GA 31902-3051
13184265       +E-mail/Text: bankruptcy@philapark.org May 17 2019 02:37:48      LDC Collection Systems,
                 P.O. Box 41819,    Philadelphia, PA 19101-1819
13184266       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 02:38:09      Midland Funding, LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13184270        E-mail/Text: blegal@phfa.org May 17 2019 02:37:19      Pennsylvania Housing Finance Agency,
                 PO Box 8029,    Harrisburg, PA 17110-1086
13184275       +E-mail/Text: csidl@sbcglobal.net May 17 2019 02:37:30      Premier Bankcard,   PO Box 2208,
                 Vacaville, CA 95696-8208
13270914       +E-mail/Text: csidl@sbcglobal.net May 17 2019 02:37:30      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
13190618        E-mail/PDF: rmscedi@recoverycorp.com May 17 2019 02:38:06
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13184276        E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:38:47
                 Roundup Funding, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13184277        E-mail/Text: appebnmailbox@sprint.com May 17 2019 02:37:16      Sprint Nextel Correspondence,
                 ATTN Bankruptcy Department,    PO Box 7949,    Overland Park, KS 66207
13184280        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2019 02:36:35
                 Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
13184281       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2019 02:36:35
                 Verizon-Bankruptcy Department,    P.O. Box 25087,    Wilmington, DE 19899-5087
13184284        E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:34      Water Revenue Bureau,
                 Philadelphia Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 28

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13184278*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   TSYS Debt Management,    PO Box 5155,    Norcross, GA 30091)
13212980*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
13212981*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WACHOVIA BANK NA, Et Al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    WACHOVIA BANK NA, Et Al... bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: John                  Page 3 of 3                   Date Rcvd: May 16, 2019
                              Form ID: 138NEW             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MICHAEL D. SAYLES    on behalf of Debtor Nashia S. Roper midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    WACHOVIA BANK NA, Et Al... tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Nashia S. Roper
      Debtor(s)

Bankruptcy No: 13–19697–jkf
Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  900 Market Street
                      Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                    For The Court
                                         Timothy B. McGrath
                                            Clerk of Court

Dated: 5/16/19

                                                                               121 – 120
                                                                     Form 138_new